**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

KAYJHOONA D THOMAS                          CASE NO.  6:25-CV-01918

VERSUS                                      JUDGE ROBERT R. SUMMERHAYS

WEST PARK APARTMENTS ET AL                  MAGISTRATE JUDGE WHITEHURST

**JUDGMENT**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Defendants' Motion to Dismiss (Rec. Doc. 5) is GRANTED. Plaintiff's suit is dismissed without prejudice for lack of subject matter jurisdiction.

Signed at Lafayette, Louisiana, this 29th day of May, 2026.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE